```
       IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IRVING COURTLEY JONES            :       CIVIL ACTION
                                 :
          v.                     :
                                 :
PHILADELPHIA COUNTY ASSISTANCE   :       NO. 12-5185
OFFICE, et al.                   :

### O R D E R

AND NOW, this 24th day of September, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his pro se complaint, IT IS ORDERED that:

    1.   Leave to proceed in forma pauperis is GRANTED.

    2.   Plaintiff's complaint is DISMISSED without prejudice for the reasons stated in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

    3.   This case shall be marked CLOSED for statistical purposes.

                                              BY THE COURT:

                                              /s/ J. William Ditter, Jr.
                                              **J. WILLIAM DITTER, JR.**